SM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Chet Smith

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**1:22-cv-01678**
**Judge Robert M. Dow, Jr**
**Magistrate Judge Gabriel A. Fuentes**
**PC3**
**RANDOM**

vs.

Cook County ILL

unknown Clerk

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

# FILED

MAR 3 1 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        **U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**  **Plaintiff(s):**

A.   Name: _Chet Smith_

B.   List all aliases: _____

C.   Prisoner identification number: _20180909024_

D.   Place of present confinement: _C.C.J._

E.   Address: _2700 S California_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: _Cook County ILL_

Title: _____

Place of Employment: _____

B.   Defendant: _Clerk Jr unknow_

Title: _Clerk_

Place of Employment: _Cook County IL_

C.   Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _1:19-CV-06816 J Ellis_
_19 CV 03373 J. Lee_

B. Approximate date of filing lawsuit: _06816 OCT19yr  03373 May19 yr_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Chet Smith_
_____
_____
_____

D. List all defendants: _City of Chicago    Cook County ILL_
_06816.              03373_
_____
_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Federal Court_

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _4th amendmet   J. Ellis_
_14 amendmet   J. Lee_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _both  pending_
_____

I. Approximate date of disposition: _Feb 10 2020    June 2019_
_CV 06816.        CV 03373_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

**IV.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

<u>Defendant Cook County Indemnity</u>

At all relevant times, all individual were employees of Cook County, a local public entity. In ILL., public entities are directed to pay for any tort Judgment for compensatory damages for which it or employees acting within the scope of their employment are liable. State's Atty immunity doesn't mean, however, that Cook County is immune from respondeat Superior liability as to plaintiff State-law claims. 4th, 6th, & 14th Violations

<u>Cell-Site-Simulator</u>

Plaintiff has a pending matter befor Hon. Judge Ellis which Chicago Police illegally deployed a cell-site-Simulator Case#1:19-CV-06816 Chicago Police turned my cell-phone into a real-time location tracking device U.S. v. Lambis 2016 WL 3870940. Harris Corporation the manufacturer of the Stingray AKA Cell-Site-Simulator, requires <u>law enforcement</u> and other (State's Atty) to Sign <u>non-disclosure agreement.</u>

4

Revised 9/2007

The Judge in Baskerville V State, 2018 Md. App Lexis 712 Stated that Police & State Atty that enter into these agreements are excluded from good faith.

## C.P.D. and State's Atty Conspracy

Det. Razo 20234 & State Atty Jenkins initiated and continued a criminal proceeding against the Plaintiff, absence of probable cause. Det. Razo & ASA Jenkins conspired amongst themselves Sep 9 2018 at 0125 hrs. The State's Atty was involved from the begins. Det Razo & ASA Jenkins plotted At 111th Station police

## Indictment

Det. Razo had no personal Knowledge of the allege incident and gave perjuried testimony, about Photo Array & Plaintiff Location The indictment was not signed by the members of the grand jury this is a State Atty returned indictment which is unlawful see Tyrone Gaither. V. U.S. 413 2d 1061.

## Identification

Police use Photo identification inorder to establish Probable cause to make an arrest. This is not what happen in this Case # 18CR13813 (Plaintiff criminal)

Note plaintiff never seen photo array in 3½ yrs

5

Revised 9/2007

Det. Razo fabricated identification he claim that he learned the Plaintiff name from doing a property search next he ran my name thru a data base which he obtained a photo of the Plaintiff, soon after I was put in a photo array and picked out by the allege victim. The problem with this story is public records show who the listed owner was and it wasn't the plaintiff. I never owned or had this property in my name. Thus no probable cause.

Identification came from illegal use of the cell-site-simulator, this is fruit of an illegal arrest. The State Atty is aware and should have refrain from prosecuting this case. All reports says unknow suspect. C.P.D. also made the arrest outside their Jurisdiction People V. Harrell 2012 IL. App (1st) 103724 and use technology in an unconstitional manner outside their jurisdiction People V. Lahr 147 Ill. 2d 379

Pen order (PO) 206 & 207

Pen Order 206 is not stamp or filed filed by the Cook County Clerk office the date signed is 8-28-18 which is forged, each signature from Judge Davis is different. The State's Atty refer to this order in response to plaintiff Quash & Suppress Motion.

Pen Order 207 is the order the phone company AT&T received, which Judge James allegelly signed 8-29-18 this order is stamp & filed OCT 29 2018 more than 6 wks after Plaintiff arrest.



note a Cell-Site-Simulator does not apply to a penorder
see Martinez V Chicago Police Department #14 CH 15338
Jan. 11 2016.

## Exculpator evidence withheld

The alleged victim admit to being a heroin addict
when he was arrested on gun & drugs violation. The State's
Atty has withheld the toxicology report when medical
records was tendered 3½yrs ago (still haven't obtained)
The State has plaintiff cell-Phone location before
& after allege crime happen yet, refuse to tender
this exculpator evidence.

## Arrest warrant

The arrest warrant is not stamped or filed
with the Cook County Clerk the warrant # is hand
wrote
The arrest warrant does not have an AFFivdvit
for arrest. How can it be an arrest warrant without
AFFdivit? The arrest warrant is fraudulent.
The arrest warrant was issued 9-7-18 ten days
after Pen order by Judge Davis. Why didn't this happen
all at one time. Because the paperwork is fabriacted
and C.P.D. found my name out after illegally using the
Cell-Site-Simulator.

(5c)

# Transcripts

No transcripts exist for Pen order 206 8-28-18, Judge Davis, Pen Order 207 8-29-18 Judge James, Probable Cause to detain 9-7-18 Judge Davis, issuance of arrest warrant 9-7-18 Judge Araujo. Note the Judge on warrant is different than Judge on Case Summary however there's no transcripts for neither.

# Clerk

The Clerk failed to enter the Stat's atty response to plaintiff Motion to Quash & Suppress, its been more than 45 day and this information is public record, this is an attemp to keep the disclosure of the cell-site-simulator from the public. 705 ILCS 105/15 & 705 ILCS 105/16 The Clerk has also entered false information on case summary.

# Summary

It is appearent that the State's Atty office is guilty of Conspracy, Brady violations, undue delay in trial, Charging & prosecuting the plaintiff without probable cause, Speedytrial was hendered because plaintiff could not properly prepare, which is deliberate indifference, reckless disregard for Plaintiff 4th, 6th & 14th amend rights, that deprived the Plaintiff of due process. The State's Atty is immune however Cook County IL is not. This been custom since Greylord era.

Note the plaintiff has 3 striks and is paying fee's up front however im not able to afford an attorney

Judge & State's Atty Conspiracy (5d)

In addition to the other Civil rights violation the Plaintiff has been at C.C.J. without a bond for 3½ yrs, the State's atty ask for no bond with out filing a petition finding no condition of bond Can assure safety, the burden of proof is upon the prosecution. The plaintiff has no violence in his background or never been to prison.

People V Gil, 2019 IL App (1st) 192419 (deny bail)

### Exhibits

1. Det Razo Fabricated report on identification
2. Pen order 206 & 207 Cover sheet    no transcripts
3. Civil complaint  19C 6816
4. Case summary that has no transcripts  warrant issued
5. Indictment
6. Subpoena - not answered (6)
7. 3 motion for production of evidence
8. motion for evidence hearing
9. State's Atty response to information C.P.D. Purged

Note: Plaintiff has had Seven (7) State Attorney on his case 18CR13813 Plaintiff only knows Jenkins, Carr, and Marshall names. Unknow State's Atty are guilty of withholding exculpatory evidence.

Plaintiff forgot to mention that State's Atty did not tender Det. Razo fabricated report to criminal atty, Mr Brooks Plaintiff Civil atty informed me of these reports 2yr later fee July 2020, which fall within the 2yr limitation to file 1983. Plaintiff not Convicted can Claim Brady violation 4th amend violation See Russo V. City of Bridgeport 479 F 3d 196 (2d Cir 2007)



## Cook Count IL. Defendant

Cook County failed to properly train the State's Atty how to obtain an indictment. 992 percent of indictments are rubber stamped and not signed by the grand Jury. This custom has deprived the Plaintiff of his Civil Rights. These are violation to the U.S & ILL. Constitution.

**V.**     **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory & Punitive damage
injunction relief to give plaintiff a bail

**VI.**     The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _13_ day of _March_ , 20_22_

_Chet Smith_
(Signature of plaintiff or plaintiffs)

_Chet Smith_
(Print name)

_20180909024_
(I.D. Number)

_2700 S California_
_Chicago IL 60608_
(Address)

Revised 9/2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHET SMITH (2018-0909024), | ) | |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | No. 19 C 6816 |
| | ) | |
| SGT. BIGGANE, et al., | ) | Judge Sara L. Ellis |
| | ) | |
| Defendants. | ) | |

## AMENDED COMPLAINT

### INTRODUCTION

1.     This is a civil rights case.  In summary, Plaintiff Chet Smith was walking down the street one day in 2018 with a companion when a team of Chicago police officers swooped down, detained him, interrogated his companion, confiscated his cell phone and other belongings, searched his hotel room without a proper warrant, transported him to a police station where he was handcuffed to a wall for hours and questioned, arrested him, and sent him to the Cook County Jail, where he remains to this day awaiting trial on felony charges.  As set forth in more detail below, these actions by various Defendants ensued from their use of a cell site simulator device deployed without a proper court order and in contravention of Plaintiff's rights under the Fourth and Fourteenth Amendments, the Illinois constitution, and state law.  Plaintiff hereby seeks redress for such actions and the harm they have caused him.

### JURISDICTION AND VENUE

2.     This action is brought pursuant to 42 U.S.C. § 1983, 28 U.S.C. § 2201 *et seq*., and Illinois law to redress the Defendants' violations of Plaintiff's rights secured by the United States and Illinois Constitutions and state law.

3.      This Court has jurisdiction of Plaintiff's federal claims pursuant to 28 U.S.C. §
1331 and § 1334 and supplemental jurisdiction of Plaintiff's state law claims pursuant to 28
U.S.C. § 1367.

4.      Venue is proper under 28 U.S.C. § 1391(b). Plaintiff is located in this judicial
district, Defendants reside in this judicial district, and the events and omissions giving rise to
Plaintiff's claims occurred within this judicial district.

### PARTIES

5.      Plaintiff Chet Smith is currently an inmate in the Cook County Jail.  Prior to and
at the time of the events precipitating this complaint, Plaintiff was a resident of Chicago, Illinois.

6.      Defendant Joseph Biggane is a sergeant in the Chicago Police Department, badge
# 2365, and a resident of Chicago, Illinois.  At all times relevant to this Complaint, Sgt. Biggane
acted under color of state law as a police officer of the City of Chicago and in the course and
within the scope of his employment. Defendant Biggane is sued in his individual capacity for his
direct participation in, supervisory liability for, and failure to intervene to prevent the unlawful
searches and seizures and other wrongful actions alleged in this Complaint.

7.      Defendant Victor Razo is a detective in the Chicago Police Department, badge #
20234, and a resident of Chicago, Illinois.  At all times relevant to this Complaint, Det. Razo
acted under color of state law as a police officer of the City of Chicago and in the course and
within the scope of his employment. Defendant Razo is sued in his individual capacity for his
direct participation in, and failure to intervene to prevent the unlawful searches and seizures and
other wrongful actions alleged in this Complaint.

8.      Defendant Robert Caulfield is an officer in the Chicago Police Department, badge
# 11321, and a resident of Chicago, Illinois.  At all times relevant to this Complaint, Officer

2

VICTIM:



*1 of 3*

WANTED:
SMITH, Chet E
M/1/43 D.O.B. 04-JUN-75
9641 S. Chappel Ave.
708-800-8163
IR#1069202
SID#33658920
FBI#846576VA4

PERSONNEL ASSIGNED:
Detective Razo#20234

*all reports says unknow
suspect C.P.D. didn't have
warrant just ph number
C.P.D. built case while I
was in station no way they
had arrest warrant if they
got name from property that
I didn't own my attorney
Mr. Brooks has proof of
home owner at that time til
present,*

INVESTIGATION:
THIS REPORT SHOULD BE READ IN CONJUNCTION WITH ANY PREVIOUS, AS WELL AS ANY
SUCCEEDING, SUBMITTED REPORTS. ALL INTERVIEWS ARE TRANSCRIBED IN SUMMARY
AND NOT VERBATIM.

INVESTIGATION:

On 21 AUG 18, Detective Razo#20234 was assigned to investigate the an Aggravated Battery with a
handgun reported under RD#JB402270 in which ▮▮▮▮▮ was the listed victim.

On the date of the original incident, 21 AUG 18, R/D spoke with ▮▮▮▮▮ who related that he knew the
person who shot him. ▮▮▮▮▮ related that he only knew the offender by the nickname "Face." ▮▮▮▮▮
▮▮▮▮▮ gave a very detailed description of "Face" and stated "Face" lived at 9641 S. Chappel.
▮▮▮▮▮ related that he has known face for approximately 7-8 years. ▮▮▮▮▮ related that he wished to
pursue criminal charges against "Face" and assist in R/D's investigation in identifying "Face."

 R/D conducted an Accurint search of the address 9641 S. Chappel in Chicago IL. R/D learned that
the listed owner of the residence located at 9641 S. Chappel was Chet E. SMITH. R/D conducted
an I-Clear search of the name Chet SMITH and located Chet Smith with an IR number of
IR#1069202. R/D noticed several similar demographics which ▮▮▮▮▮used to describe "Face' with
the exception of the hair. R/D additionally noticed the I-Clear photo in the police database was
taken back in 2011.

R/D conducted an additional search of Chet E. SMITH in Leads 2000 and discovered a more recent

Printed on: 28-AUG-2020 11:14        Page:   4 of 5        Printed By: WOODS, Tianna ▮▮▮

*Fabricated*

2963

photo of SMITH which accurately matched the description of "Face" provided to R/D by ▮▮▮▮▮

R/D composed a photo array which included the recent photo of SMITH IR#1069202.

R/D tendered the photo array to Detective RASCHKE#21314 to present to ▮▮▮ as an independent administrator.

On 27 AUG 18, R/D arranged for ▮▮▮ to view a photo array at ▮▮▮ residence located at ▮▮▮ ▮▮▮ Det RASCHKE presented the photo array to ▮▮▮ and ▮▮▮ positively identified Chet SMITH IR#1069202 as the person who shot him.

R/D was additionally informed by ▮▮▮ that he received threatening text messages and voicemails from Chet SMITH

This investigation continues:

REPORT OF:
Detective Razo#20234
Area South Violent Crimes

My rap sheet show my last arrest was 2011 for headlight the most recent photo was 9-8-18 when E.P.D. illegally arrest me all of this photo array info is un true & fabricated.

Fabricated

After a review of the facts of the case, R/D presented the case to the State's Attorney's office seeking felony charges. ASA Jenkins came to Area South Detective Division to review all the paperwork and video associated with the arrest, and to speak with ████████ ASA Jenkins approved felony charges for (1) count of Aggravated Battery/Discharge Firearm 720 ILCS 5.0/12-3.05-E-1 on 09 SEO 2018 at 0125 hours. Based upon the facts reported above, reporting detective requests that this case be classified CLEARED/CLOSED by ARREST and PROSECUTION.

REPORT OF: Detective V. Razo# 20234
Area South Violent Crimes

State's Attorney Conspried with Det. Razo its no probable cause its all fabricated! The State's Atty & Det. Razo was aware of my cell phone location & still to this day has withheld this information. 3 1/2 yrs

G.J. NO. 2442
GENERAL NO. 18CR-13813

CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT
CRIMINAL DIVISION
SEPTEMBER 2018

The People of the State of
Illinois
v.

Chet Smith



INDICTMENT FOR
ATTEMPT FIRST DEGREE MURDER

A TRUE BILL

Foreman of the Grand Jury

WITNESS
Detective Victor Razo #20234

Filed _____,20___
_____, Clerk
Bail $ _____

**CRIMINAL DIVISION**
# CASE SUMMARY
### CASE NO. 18110617001

| People of the State of Illinois vs. CHET SMITH | § | | |
|---|---|---|---|
| | § | Location: | **Criminal Division** |
| | § | Judicial Officer: | **Martin, LeRoy K, Jr.** |
| | § | Filed on: | **09/07/2018** |
| | § | Central Booking Number/Document Control Number: | **019685578** |
| | § | FBI Number: | **846576VA4** |
| | § | IR Number: | **1069202** |
| | § | SID/IBI: | **33658920** |

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | **Municipal** |
|---|---|---|---|---|---|
| Jurisdiction: **Chicago Police Department** | | | | | |
| 001. AGGRAVATED BATTERY | 720-5/12-3.05-E-1 | CF | 01/01/1900 | Case Status: | **10/05/2018 Case Disposed** |

DCN: 019685578 Sequence: 001

Arrest: IL0CPD000 - Chicago Police Department

**Statistical Closures**
10/05/2018 Disposed

---

| DATE | CASE ASSIGNMENT | |
|---|---|---|
| | **Current Case Assignment** | |
| | Case Number | 18110617001 |
| | Court | Criminal Division |
| | Date Assigned | 09/07/2018 |
| | Judicial Officer | Martin, LeRoy K, Jr. |

---

### PARTY INFORMATION

| Defendant | **SMITH, CHET** |
|---|---|
| Plaintiff | **OF ILLINOIS, PEOPLE OF THE STATE** |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 09/07/2018 | **Continued to (9:00 AM)** Events: 09/07/2018 Probable Cause To Detain *ROOM: BRANCH 1 RM 100 2600 S. CALIFORNIA AVE. CDATE: 09/07/2018 C: 09:00 AM - 1* | *Judge on warrant* |
| 09/07/2018 | **Bond Setting** Judicial Order - No Bail | |
| 09/07/2018 | ✓ Probable Cause To Detain (Judicial Officer: Davis, Adrienne E ) *ROOM: BRANCH 1 RM 100 JDGE: 2193 CDATE: 09/07/2018 C: 09:00 AM - 1 ROOM: BRANCH 1 RM 100* | *No transcripts* |
| 09/07/2018 | No Bail (Judicial Officer: Araujo, Mauricio ) *ROOM: BRANCH 1 RM 100 JDGE: 1995* | *No transcripts* |
| 09/07/2018 | Warrant Ordered, Warrant Issued (Judicial Officer: Araujo, Mauricio ) *ROOM: BRANCH 1 RM 100 JDGE: 1995* | *No transcripts* |

*Printed on 04/27/2021 at 3:06 PM*

CRIMINAL DIVISION
# CASE SUMMARY
## CASE NO. 18110617001

| | |
|---|---|
| 09/07/2018 | Warrant Returnable To Branch (Judicial Officer: Araujo, Mauricio )<br>*ROOM: BRANCH 1 RM 100*<br>*JDGE: 1995*<br>*ROOM: BRANCH 98 RM 101* |
| 09/07/2018 | Warrant Sent To Police Agency<br>*ROOM: MUNICIPAL DISTRICT 1* |
| 09/09/2018 | **Bond Setting**<br>Judicial Order - No Bail |
| 09/09/2018 | Warrant Returned, Executed,Filed (Judicial Officer: Clancy, Michael R. )<br>*ROOM: BRANCH 1 RM 100*<br>*JDGE: 2058* |
| 09/09/2018 | No Bail (Judicial Officer: Clancy, Michael R. )<br>*ROOM: BRANCH 1 RM 100*<br>*JDGE: 2058* |
| 09/09/2018 | Motion State – Continuance (Judicial Officer: Clancy, Michael R. )<br>*ROOM: BRANCH 1 RM 100*<br>*JDGE: 2058*<br>*CDATE: 09/10/2018*<br>*C: 11:30 AM - E*<br>*ROOM: BRANCH 98 RM 101* |
| 09/09/2018 | Defendant Demand For Trial (Judicial Officer: Clancy, Michael R. )<br>*ROOM: BRANCH 1 RM 100*<br>*JDGE: 2058* |
| 09/09/2018 | Recall/Execute Sent To Police Agency<br>*ROOM: MUNICIPAL DISTRICT 1* |
| 09/10/2018 | **Motion State (11:30 AM)**<br>Events: 09/09/2018 Motion State - Continuance<br>*ROOM: BRANCH 98 RM 101 2600 S. CALIFORNIA*<br>*CDATE: 09/10/2018*<br>*C: 11:30 AM - E* |
| 09/10/2018 | Bond To Stand (Judicial Officer: Atcherson, Sophia )<br>*ROOM: BRANCH 98 RM 101*<br>*JDGE: 2150* |
| 09/10/2018 | Motion State – Continuance (Judicial Officer: Atcherson, Sophia )<br>*ROOM: BRANCH 98 RM 101*<br>*JDGE: 2150*<br>*CDATE: 09/14/2018*<br>*C: 09:00 AM - 1*<br>*ROOM: BRANCH 38 RM 1* |
| 09/14/2018 | **Motion State (9:00 AM)**<br>Events: 09/10/2018 Motion State - Continuance<br>*ROOM: BRANCH 38 RM 1 737 E. 111TH ST.*<br>*CDATE: 09/14/2018*<br>*C: 09:00 AM - 1* |
| 09/14/2018 | Appearance Filed (Judicial Officer: Richardson, Travis )<br>*ROOM: BRANCH 38 RM 1*<br>*JDGE: 2189* |
| 09/14/2018 | Defendant Demand For Trial (Judicial Officer: Richardson, Travis )<br>*ROOM: BRANCH 38 RM 1* |

*Printed on 04/27/2021 at 3:06 PM*

STATE OF ILLINOIS ) 
 ) SS
COUNTY OF COOK )

**FILED**
OCT 29 2018
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY IL

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CRIMINAL DIVISION

IN THE MATTER OF THE )
APPLICATION OF THE PEOPLE )
OF THE STATE OF ILLINOIS ) NO.: **2018 PR 207**
FOR AN ORDER AUTHORIZING )
THE INSTALLATION AND USE )
OF A PEN REGISTER AND )
CALLER IDENTIFICATION )
TRAP AND TRACE DEVICE )

*6 wks
after
arrest*

<u>IMPOUNDING ORDER</u>

THIS MATTER having come before the Court pursuant to an Application under 725

ILCS 168/10 and 725 ILCS 137/10 and the Court having issued the said Order;

IT IS HEREBY FURTHER ORDERED that the original Application, Affidavit, and

Orders, which I have placed in an envelope and signed and sealed, are to be impounded and held

in the custody of the Clerk of the Circuit Court until otherwise ordered by the Court.

Date: _____

Time: _____ *8-28-18 4:15 an*

Judge of the Circuit Court of Cook County

Received by _____

Clerk of the Circuit Court

By _____

Date: _____

Time: *2:51 p.m.*

*No transcripts*

STATE OF ILLINOIS   )
                     )       SS
COUNTY OF COOK    )

**FILED**
OCT 2 9 2018
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CRIMINAL DIVISION

IN THE MATTER OF THE        )
APPLICATION OF THE PEOPLE  )
OF THE STATE OF ILLINOIS    )     NO.: **2018 PR 207**
FOR AN ORDER AUTHORIZING  )
THE INSTALLATION AND USE   )
OF A PEN REGISTER AND      )
CALLER IDENTIFICATION      )
TRAP AND TRACE DEVICE     )

## IMPOUNDING ORDER

THIS MATTER having come before the Court pursuant to an Application under 725 ILCS 168/10 and 725 ILCS 137/10 and the Court having issued the said Order;

IT IS HEREBY FURTHER ORDERED that the original Application, Affidavit, and Orders, which I have placed in an envelope and signed and sealed, are to be impounded and held in the custody of the Clerk of the Circuit Court until otherwise ordered by the Court.

Date: _____

Time: _____

                     Judge of the Circuit Court of Cook County

8:29-18 9:45 a

Received by: _____
                     Clerk of the Circuit Court

Date: _____

Time: 2:51 p.m.

STATE OF ILLINOIS        )
                         )  SS
COUNTY OF COOK           )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CRIMINAL DIVISION

IN THE MATTER OF THE           )
APPLICATION OF THE PEOPLE      )
OF THE STATE OF ILLINOIS       )      PEN REGISTER
FOR AN ORDER AUTHORIZING       )      NUMBER: 2018 PR 206
THE INSTALLATION AND USE       )
OF A PEN REGISTER AND          )
CALLER IDENTIFICATION          )
TRAP AND TRACE DEVICE          )

## ORDER TO SERVICE PROVIDER

THIS MATTER having come before the Court pursuant to an application under Title 18 of the United States Code, Sections 2703 (d), 3122, 3123, 3124, and pursuant to 725 ILCS 168/10 and 725 ILCS 137/10 of the Illinois Compiled Statutes, by **Officer Robert Caulfield Star #11321**, a State investigative or law enforcement officer, which application requests an Order under Title 18, United States Code, Section 3123, authorizing the installation and use of a pen register and caller identification trap and trace device, on telephone number **708-800-8163**, hereinafter **Target Phone**, more fully described as:

Cellular telephone bearing number **708-800-8163** ("Target Phone"), operated on the network of service provider **AT&T**, subscribed to **Chet Smith** at address **2343 E. 73rd st Chicago, IL** with IMSI Number \ and UFMI Number \ (push to talk) ESN Number \.

The court finds that the applicant has certified that the information likely to be obtained by such installation and use is relevant to an ongoing criminal investigation of **Smith, Chet** and any others yet unknown and that the records concerning electronic communication service listed below are also relevant to this ongoing criminal investigation. The Court finds the Application and Affidavit demonstrate probable cause that the Targets of the investigation are using

*No transcripts*

Motion 1

1 of 1

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT - CRIMINAL DIVISION

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) | |
| | ) | |
| vs. | ) | 18 CR 13813 |
| | ) | |
| CHET SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR PRODUCTION OF EVIDENCE

COMES NOW the Defendant, CHET SMITH, by and through her attorney, ROBERT A. WILLIS, and moves this Court to enter an Order upon the prosecution to produce the following evidence/information, which is necessary for the proper preparation and presentation of the defense of this case:

1.   A copy of arrest warrant #CW00563789.

2.   A copy of any phone ping records which track how the Chicago Police Department located and arrested Chet Smith on September 8, 2019.

3.   A copy of any police reports which set forth any technology used by the Chicago Police Department to located and arrest Chet Smith on September 8m 2019.

Respectfully submitted,

_____

Attorney for Defendant

Motion 2

**IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT - CRIMINAL DIVISION**

1 of 2

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) |
| | ) |
| vs. | )     18 CR 13813 |
| | ) |
| CHET SMITH, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR PRODUCTION OF EVIDENCE

COMES NOW the Defendant, CHET SMITH, by and through her attorney, ROBERT A. WILLIS, and moves this Court to enter an Order upon the prosecution to produce the following evidence/information, which is necessary for the proper preparation and presentation of the defense of this case:

1. Copies of any and all reports, notes, memorandums and/or communications of any kind setting forth the telephone surveillance information utilized by Chicago Police officer including, but not limited to, D.J. Duszak (#10658) and B.R. Scaduto (#14620), utilized to locate and arrest defendant on September 8, 2018.

2. Any and all reports and/or notes prepared by officers Duszak (#10658) and Scaduto (#14620) filed under Event Number 10270 and GID FILE Number 193-18-573.

3. Any and all reports, notes and memos in the possession of the Chicago Police Department setting forth

all electronic and telephone tracking systems utilized to

locate and arrest defendant on September 8, 2018.

   4.   Copies of any and all historical cell site

information relating to this case.

Respectfully submitted,

_____
Attorney for Defendant

ROBERT A. WILLIS
Attorney for Defendant
8525 S. Stony Island Ave.
Chicago, Illinois 60617
(773) 783-3200
Atty. Code #54698

*motion 3*

*1 of 2*

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT - CRIMINAL DIVISION

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) | |
| | ) | |
| vs. | ) | 18 CR 13813 |
| | ) | |
| CHET SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRODUCTION OF EVIDENCE

COMES NOW the Defendant, CHET SMITH, by and through her attorney, ROBERT A. WILLIS, and moves this Court to enter an Order upon the prosecution to produce the following evidence/information, which is necessary for the proper preparation and presentation of the defense of this case:

1. Copies of any and all reports, notes, memorandums and/or communications of any kind setting forth the telephone surveillance technology utilized by Chicago Police officers including, but not limited to, D.J. Duszak (#10658) and B.R. Scaduto (#14620), to locate and arrest defendant on September 8, 2018.

2. Any and all reports and/or notes prepared by officers Duszak (#10658) and Scaduto (#14620) filed under Event Number 10270 and GID FILE Number 193-18-573.

3. Any and all reports, notes and memos in the possession of the Chicago Police Department setting forth

any and all electronic and telephone tracking systems
utilized to locate and arrest defendant on September 8,
2018.

4.    Copies of any and all historical cell site
information relating to this case.

5.    Copies of "call detail records in the possession
of the Chicago Police Department relating to Defendant in
August/September, 2018.

6.    A definitive statement from the Chicago Police
Department whether any cell site simulators were utilized
in the Defendant's arrest and, if so, are they known as
"stingrays", trigger fish and/or IMSI catchers.

7.    Defendant has previously filed similar motions
(in September, 2019 and March, 2020) seeking production of
the information sought in the instant motion.

8.    To date, Defendant has not received a definitive
response.

9.    Defense counsel needs the requested information
in order to properly and appropriately represent Mr. Smith
in this case.

Respectfully submitted,

_____
Attorney for Defendant

PEOPLE OF ILLINOIS )
        )  SS
COUNTY OF COOK  )

## IN THE CIRCUIT COURT OF COOK COUNTY
### COUNTY DEPARTMENT, CRIMINAL DIVISION

PEOPLE OF THE PEOPLE OF ILLINOIS, )
   Plaintiff,     )
           )
   VS.       )   NO. 18CR1381301
           )
CHET SMITH,     )
   Defendant.   )

### PEOPLE'S RESPONSE TO DEFENDANT'S
### MOTION FOR PRODUCTION OF EVIDENCE

NOW COME the People of the People of Illinois, by their attorneys, the People's Attorney of Cook County, Kimberly M. Foxx, through her assistant, April K. Carr, Assistant People's Attorney, and respectfully request that this Honorable Court find that the People have complied with defendant's request for the production for evidence. In support thereof, the People as follows:

1. Copies of any and all reports, notes, memorandums, and/or communications of any kind setting for the telephone surveillance technology utilized by Chicago Police officers including, but not limited to, D.J. Duszak (#10658) and B.R. Scaduto (#14620), to locate and arrest defendant on September 8, 2018. **~~was previously tendered by the People on 10/16/18, 11/15/18, 10/2~~**

2. Any and all repots and/or notes prepared by officers Duszak (#14620) filed under event number 10270 and GID FILE ~.

   **Discovery was previously tendered by the People on 10/16/18 and 11/15/18.**

3. Any and all reports, notes and memos in the possession of the Chicago Police Department setting forth any and all electronic and telephone tracking systems utilized to locate and arrest defendant on September 8, 2018. – **Discovery was previously tendered by the People on 10/29/19 and 5/27/21**

4. Copies of any and all historical cell site information relating to this case. – **On December 2, 2020, the People sent two separate subpoenas requesting electronic communications sent to Chicago Police Officer Robert Caulfield #11321 in response to the request for historical cell site information ("pings"). As of May 27, 2021, the subpoena request was transferred to Unit 125 of the Chicago Police Department Records Division and the People are currently awaiting a response. Upon receipt of the requested material, the People will tender discovery.**

5. Copies of "call detail records in the possession of the Chicago Police Department relating to Defendant in August/September 2018. – **On December 2, 2020, the People sent two separate subpoenas requesting electronic communications sent to Chicago Police Officer Robert Caulfield #11321 in response to the request for historical cell site information ("pings"). As of May 27, 2021, the subpoena request was transferred to Unit 125 of the Chicago Police Department Records Division and the People are currently awaiting a response. Upon receipt of the requested material, the People will tender discovery.**

6. A definitive statement from the Chicago Police Department whether any cell site simulators were utilized in the Defendant's arrest and, if so, are the known as "stingrays," trigger fish and/or IMSI catchers. – **Discovery was previously tendered by the People on 10/29/19 and 5/27/21.**

7. The People have and will continue to comply with their discovery requirements.

8. If defendant seeks additional material from the Chicago Police Department, defendant has his own subpoena power. He has every right to obtain information or interview witnesses to properly prepare a defense. <u>Taylor v. Illinois</u>, 484 U.S. 400, 407 (1988).

WHEREFORE, the People of the People of Illinois respectfully request that this Honorable Court find the People have complied with defendant's request for the production for evidence

Respectfully submitted,

April K. Carr
Assistant People's Attorney

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF COOK         )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT - CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS        )
         Plaintiff-Respondent,         )
                                       )
              vs.                      )     18 CR 13813
                                       )
CHET SMITH,                            )
                                       )
         Defendant.                    )

**DEFENDANT'S MOTION REQUESTING AN EVIDENTIARY HEARING
REGARDING CHICAGO POLICE OFFICER ROBERT CAULFIELD'S RESPONSE
TO THE OFFICE OF THE COOK COUNTY STATE'S ATTORNEY PERTAINING
TO CRITICAL INFORMATION/EVIDENCE WHICH WAS SUBPEONAED**

COMES NOW the Defendant, CHET SMITH by and through his attorney ROBERT A. WILLIS and moves this Court to enter an Order granting an evidentiary hearing regarding the response by Chicago Police Officer Robert Caulfield to a subpoena issued to him by the Office of the Cook County State's Attorney pertaining to potentially critical information/evidence in the case at bar. In support of this motion Defendant states:

1.    Defendant has previously filed a motion seeking the production of all electronic and telephone tracking systems utilized to locate and arrest Defendant in this case.

2.   In response to Defendant's motion, the Office of Cook County State's Attorney issued two (2) subpoenas to the Chicago Police Department seeking said information/evidence. (See Exhibit 'A')

3.   Assistant State's Attorney April Carr has notified defense counsel that officer Robert Caulfield has indicated to her that he is unable to obtain the requested information/evidence because it is no longer available. (See Exhibit 'B) ·

4.   Defendant is requesting of this Honorable court to grant an evidentiary hearing in order that officer Caulfield be questioned as to the totality of his efforts to obtain said information/evidence, who he spoke with, what he was informed of, and whether he has any documents confirming his representations to ASA Carr.

5.   Given the nature of the information/evidence sought, it is important to have a record of what was and what was not done in seeking to obtain the requested information.

WHEREFORE, for the foregoing and above stated reasons, Mr. Smith respectfully prays of this Honorable Court to vacate the previous no bond order and to set a reasonable bond in this case.

STATE OF ILLINOIS     )
                               )     SS
COUNTY OF COOK     )

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT, CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS,  )
     Plaintiff,                  )
                               )
     VS.                       )     NO. 18CR1381301
                               )
CHET SMITH,                  )
     Defendant.                  )

## PEOPLE'S RESPONSE TO DEFENDANT'S REQUEST
## FOR AN EVIDENTIARY HEARING

NOW COME the People of the State of Illinois, by their attorneys, the State's Attorney of Cook County, Kimberly M. Foxx, through her assistant, April K. Carr, Assistant State's Attorney, and respectfully request that this Honorable Court deny defendant's motion requesting an evidentiary hearing. In support thereof, the People state as follows:

Defendant requests an evidentiary hearing regarding the response by a Chicago Police Officer to a subpoena issued by the Cook County State's Attorney's Office. Specifically, defendant wants to question Officer Robert Caulfield as to what efforts were made to obtain requested information. (Def. Mtn. 2). His request is improper. Defendant is not entitled to an evidentiary hearing.

It bears noting that defendant does not provide any authority for his request. Defendant's motion is void of any legal support. Defendant does not cite a statute or article of the Illinois or U.S. Constitution, an Illinois Rule of Evidence, an Illinois Supreme Court Rule, or provide this Court with any caselaw to support his request for an evidentiary hearing. To be clear, the reason defendant does not provide this court with caselaw is because none exists to support his position.

The caselaw concerning an evidentiary hearing in which the court assesses the credibility of witnesses, the weight to be given to their testimony, and what evidence is to be considered falls within the purview of the Post-Conviction Act. People v. Velasco, 2018 IL App (1st) 161683, ¶ 118; People v. Carter, 2013 IL App (2d) 110703, ¶ 74. At a third-stage evidentiary hearing, the court serves "as the fact finder, and, therefore, it is the court's function to determine witness credibility, decide the weight to be given testimony, and resolve any evidentiary conflicts." People v. Domagala, 2013 IL 113688, ¶ 34. See also People v English, 2013 il 112890, ¶ 23; People v. Chatman, 357 Ill. App. 3d 695, 704, (1st Dist. 2005); People v. Williams, 193 Ill.2d 306, 338, (2000). People v. Dopson, 2011 IL App (4th) 100014, ¶ 19. This case does not involve a post-conviction; the case is currently in a pre-trial posture. The Act is not applicable, and as such, an evidentiary hearing is not proper.

Further, under the guise of an evidentiary hearing, defendant asks this court to allow defendant to question Officer Caulfield "as to the totality of his efforts to obtain said information/evidence, who he spoke with, what he was informed of, and whether he has any documents confirming his representations" to the prosecutor. (Def. Mtn 2). In other words, defendant asks this court to permit him to interview Officer Caulfield under oath. An evidentiary hearing is not an investigatory tool thru which defendant may interview witnesses. Defendant has his own subpoena power; he has every right to attempt to interview any witness to properly prepare a defense. Taylor v. Illinois, 484 U.S. 400, 407 (1988). An evidentiary hearing is not the proper procedure.

Additionally, in those rare cases where an evidentiary hearing is conducted, it is often done to preserve the testimony of an unavailable witness. See Ill. R. EVID. 804. Here, there is no

indication from defendant's motion that Officer Caulfield will not be available for trial. As such, an evidentiary hearing is not warranted.

Finally, defendant requests an evidentiary hearing so that the court will revisit defendant's current bond status. (Def. Mtn. 3). This remedy is wholly inappropriate. An evidentiary hearing and a bond hearing are separate and apart and should not be conflated. The means by which to address defendant's bond is not an evidentiary hearing.

WHEREFORE, the People of the State of Illinois respectfully request that this Honorable Court deny defendant's motion requesting an evidentiary hearing.

Respectfully submitted,

April K. Carr
Assistant State's Attorney

0300                                                   (Rev. 8/8/11) CCCR 0066 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

                        v.                          }     No. 18 CR 13813

CHET SMITH

### SUBPOENA - SUBPOENA DUCES TECUM

**The People of the State of Illinois to all Peace Officers in the State - GREETING:**

WE COMMAND THAT YOU SUMMON   B.R. SCADUTO (#14620)

to appear to testify before the Honorable  Judge Maria Kuriakos Ciesil
on October 20         , 2021       in Room 206        , Circuit Court, 2650 S. California
Avenue         , Chicago         , Illinois, at 1:00 p.m     m.

YOU ARE COMMANDED ALSO to bring the following:

in your possession or control.

YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISH-
MENT FOR CONTEMPT OF THIS COURT.

Atty. No.: 54698                       Issued by: *Robert A Willis*
Name: ROBERT A. WILLIS                                              Signature
Atty. for: Defendant                   ☑ Attorney
Address: 8525 S. Stony Island Ave.     ☐ Clerk of Court
City/State/Zip: Chicago, IL  60617
Telephone: (773) 783-3200              Date: October 13        , 2021

**NON-APPLICABLE - Strike out Title which does not apply - Subpoena or Subpoena Duces Tecum.**

(OVER)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

0300                                              **(Rev. 8/8/11) CCCR 0066 A**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**THE PEOPLE OF THE STATE OF ILLINOIS**

v.                 }   No. 18 CR 13813

CHET SMITH

## SUBPOENA - SUBPOENA DUCES TECUM

The People of the State of Illinois to all Peace Officers in the State - GREETING:

**WE COMMAND THAT YOU SUMMON** Keeper of Records - Chicago Police Department

to appear to testify before the Honorable Judge Erica Reddick

on March 3 , 2020 in Room 206 , Circuit Court 2650 South

California Ave. , Chicago , Illinois, at 9:00 a m.

**YOU ARE COMMANDED ALSO to bring the following:**

Any and all reports, notes and memorandums filed by officers Duszak (#10658) and Scaduto (#14650) rekating to the arrest of Chet Smith on September 8, 2018.
See: R.D. #JB-402270
    Event # 10270
    GID File Number 193-18-573; BOC-GID squad 6556

in your possession or control.

**YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

Atty. No.: 54698              **Issued by:** _Robert A. Willis_

Name: ROBERT A. WILLIS                 Signature

Atty. for: Defendant              ☒ **Attorney**

Address: 8525 S. Stony Island Ave.       ☐ **Clerk of Court**

City/State/Zip: Chicago, IL 60617

Telephone: (773) 783-3200            **Date:** February 26 , 2020

**NON-APPLICABLE - Strike out Title which does not apply - Subpoena or Subpoena Duces Tecum.**

**(OVER)**

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

0300                                               (Rev. 8/8/11) CCCR 0066 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**THE PEOPLE OF THE STATE OF ILLINOIS**

v.

CHET SMITH

No. 18 CR 13813

## ~~SUBPOENA~~ - SUBPOENA DUCES TECUM

The People of the State of Illinois to all Peace Officers in the State - GREETING:

WE COMMAND THAT YOU SUMMON Keeper of Records - Chicago Police Department

to appear to testify before the Honorable Judge Presiding
on August 9, , 2021 in Room 206 , Circuit Court, 2650 South
California Ave. , Chicago , Illinois, at 9:00 a m.

**YOU ARE COMMANDED ALSO to bring the following:**

Any and all reports, notes and memos which identify the cell site simulators (i.e., stingrays, trigger fish and/or IMSI Catchers) utilized in this case to locate and arrest of Chet Smith on September 8, 2018.
See: R.D. #JB-402270
    Event # 1823302840
    GID File Number 193-18-573; Incident# 10270, BOC-GID squad 6556
in your possession or control.

**YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISH-MENT FOR CONTEMPT OF THIS COURT.**

Atty. No.: 54698                  Issued by: _Robert A. Willis_
Name: ROBERT A. WILLIS                                   Signature
Atty. for: Defendant                     ☒ Attorney
Address: 8525 S. Stony Island Ave.        ☐ Clerk of Court
City/State/Zip: Chicago, IL 60617
Telephone: (773) 783-3200            Date: July 27 , 2021

NON-APPLICABLE - Strike out Title which does not apply - Subpoena or Subpoena Duces Tecum.

(OVER)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

0300

(Rev. 8/8/11) CCCR 0066 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

v.

CHET SMITH

}

No. 18 CR 13813

### ~~SUBPOENA~~ SUBPOENA DUCES TECUM

The People of the State of Illinois to all Peace Officers in the State - GREETING:

WE COMMAND THAT YOU SUMMON  Keeper of Records - Chicago Police Department

to appear to testify before the Honorable  Judge Presding

on  August 9 , 2021 in Room 206 , Circuit Court, 2650 South

California Ave. , Chicago , Illinois, at 9:00 a m.

YOU ARE COMMANDED ALSO to bring the following:

Any and all reports, notes and memos in the possession of the CPD setting forth any and all electronic and telephone tracking systems as well as historical cell site information relating to the arrest of Chet Smith on September 8, 2018. See: R.D. #JB-402270 Event # 1823302840, C.B.#19700193

in your possession or control.

YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISH-MENT FOR CONTEMPT OF THIS COURT.

Atty. No.: 54698

Name: ROBERT A. WILLIS

Atty. for: Defendant

Address: 8525 S. Stony Island Ave.

City/State/Zip: Chicago, IL 60617

Telephone: (773) 783-3200

Issued by: _Robert A. Willis_

Signature

☒ Attorney

☐ Clerk of Court

Date: July 27 , 2021

NON-APPLICABLE - Strike out Title which does not apply - Subpoena or Subpoena Duces Tecum.

(OVER)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

0300

(Rev. 8/8/11) CCCR 0066 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

v.

CHET SMITH

No. 18 CR 13813

## ~~SUBPOENA~~ - SUBPOENA DUCES TECUM

The People of the State of Illinois to all Peace Officers in the State - GREETING:

WE COMMAND THAT YOU SUMMON  Keeper of Records - Chicago Police Department

to appear to testify before the Honorable  Judge Presiding
on  August 9 , 2021 , in Room 206 , Circuit Court, 2650 South
California Ave. , Chicago , Illinois, at 9:00 a m.

YOU ARE COMMANDED ALSO to bring the following:

Any and all reports, notes and memorandums filed by CPD officers Duszak (#10658) and Scaduto (#14650) and any other officer from the BOC-GID squad 6556 relating to the telephone surveillance technology utilized to arrest of Chet Smith on September 8, 2018.
See: R.D. #JB-402270, Event # 10270, Beat#65561
    GID File Number 193-18-573; BOG-GID squad 6556
in your possession or control.

YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISH-
MENT FOR CONTEMPT OF THIS COURT.

Atty. No.: 54698
Name: ROBERT A. WILLIS
Atty. for: Defendant
Address: 8525 S. Stony Island Ave.
City/State/Zip: Chicago, IL 60617
Telephone: (773) 783-3200

Issued by: _Robert L. Willis_
                                  Signature
☑ Attorney
☐ Clerk of Court

Date: July 27 , 2021

NON-APPLICABLE - Strike out Title which does not apply - Subpoena or Subpoena Duces Tecum.

(OVER)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

0300                                                               (Rev. 8/8/11) CCCR 0066 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

v.                                          }          No. 18 CR 13813

CHET SMITH

### ~~SUBPOENA~~ - SUBPOENA DUCES TECUM

The People of the State of Illinois to all Peace Officers in the State - GREETING:

**WE COMMAND THAT YOU SUMMON** Keeper of Records - Chicago Police Department

to appear to testify before the Honorable Judge Presiding
on August 9 , 2021 in Room 206 , Circuit Court, 2650 South
California Ave. , Chicago , Illinois, at 9:00 a m.

YOU ARE COMMANDED ALSO to bring the following:

Any and all reports, notes and memorandums and/or communications of any kind setting forth the telephone technology utilized by the Chicago Police Department and CPD officers including but not limited to Duszak (#10658) and Scaduto (#14650) t o arrest defendant on September 8, 2018.
See: R.D.#JB-402270, Event#1823302840, C.B.#19700193

in your possession or control.

**YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISH-MENT FOR CONTEMPT OF THIS COURT.**

Atty. No.: 54698                          Issued by: _Robert A. Willis_
Name: ROBERT A. WILLIS                                     Signature
Atty. for: Defendant                      ☒ Attorney
Address: 8525 S. Stony Island Ave.        ☐ Clerk of Court
City/State/Zip: Chicago, IL 60617
Telephone: (773) 783-3200                 Date: July 27            2021

---

NON-APPLICABLE - Strike out Title which does not apply - Subpoena or Subpoena Duces Tecum

(OVER)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS



03/31/2022-9

Chet Smith
2700 S California
Chicago IL 60608

Legal
Mail

U.S. Clerk
219 S Dearborn
Chicago IL 60604












FOREVER ★ USA
FOREVER ★ USA
FOREVER / USA
FOREVER / USA
FOREVER / USA
FOREVER / USA


INSPECTED BY THE
UNITED STATES
MARSHALS SERVICE

RECEIVED
2022 MAR 31 AM 8:23

27