

CAT #3                                                                                                              SM

# United States District Court
## Northern District of Illinois
# Prisoner Civil Cover Sheet

**Plaintiff(s):** CHET SMITH

**Defendant(s):** COOK COUNTY ILLINOIS AND UNKNOWN CLERK

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
**Name:** CHET SMITH

**Defendant's Attorney:**

**Unit Field:** #2018-0909024

**(Prisoner ID Field (USM# ONLY)**

**Address:**
COOK COUNTY JAIL
2700 S. CALIFORNIA
CHICAGO, IL 60608

**FILED**
MAR 31 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
■ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**       **Defendant:**

**Origin:**
■ 1. Original Proceeding
☐ 5. Transferred from Other District
☐ 2. Removed from State Court
☐ 6. MultiDistrict Litigation
☐ 3. Remanded from Appellate Court
☐ 7. Appeal to District Judge from Magistrate Judgment
☐ 4. Reinstated or Reopened

**Nature of Suit:** 550 - CIVIL RIGHTS

**Cause of Action:** 42:1983pr

**Jury Demand:** ■ Yes   ☐ No

**Signature:** [signature]   **Date:** 03/31/2022

1:22-cv-01678
Judge Robert M. Dow, Jr
Magistrate Judge Gabriel A. Fuentes
PC3
RANDOM

Rev. 02/12/2019