SM

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**

Plaintiff(s) Chet Smith )
)  1:22-cv-01678
v. ) Judge Robert M. Dow, Jr
) Magistrate Judge Gabriel A. Fuentes
Defendant(s) Cook County IL ) PC3
) RANDOM
)

## MOTION FOR ATTORNEY ASSISTANCE

[NOTE: Failure to complete all items in this form may result in the denial of this motion]

1. I, __Chet Smith__, declare that I am the (check appropriate box) [X] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby petition the Court to request counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have contacted the following attorneys/organizations seeking representation (NOTE: This item must be completed):

   I sent multiple letters out and got no reply

   but I have been unable to find an attorney because: No response

   **FILED**
   MAR 31 2022
   THOMAS G. BRUTON
   CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney requested by the Court to serve as counsel in this or any other civil or criminal proceeding before this Court.

   [V] I am currently, or previously have been, represented by an attorney requested by the Court to serve as counsel in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [V] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☑ (Check one box) In further support of my motion, I declare that my highest level of education is:

   ☐ Grammar school only  ☐ Some high school  (☐ High school graduate)
   ☐ Some college  ☐ College graduate  ☐ Post-graduate

6. ☐ (Check only if applicable) In further support of my motion, I declare that my ability to speak, write, and/or read English is limited because English is not my primary language.

7. ☐ (Check only if applicable) In further support of my motion, I declare that this form and other complaint forms were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program.

8. I declare under penalty that the foregoing is true and correct.

   _Chet Smith_  
   Movant's Signature

   _2700 S California_  
   Street Address

   _3-13-22_  
   Date

   _Chicago IL 60608_  
   City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney requested by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: Hon. Judge Ellis | Case Number: 19C6816 |
| Case Title: Smith V City of Chicago | |
| Attorney's Name: Mr. Brooks | |
| If this case is still pending, please check box ☑ | |

| | |
|---|---|
| Assigned Judge: Hon Judge Lee | Case Number: 03373 |
| Case Title: Smith V. Cook County IL | |
| Attorney's Name: Mr. McAndrews | |
| If this case is still pending, please check box ☑ | |

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Attorney's Name: | |
| If this case is still pending, please check box ☐ | |