

4-21-22

HON. Judge Dow          1:22-CV-01678

Det Razo report State the plaintiff owned the property 9641 S Chappel, this is the public record to show who the owner was at the time. He also mentioned ASA reviewed all paperwork & video this would include Photo array which is ERI this information was fabricated and ASA Jenken charged me without probable cause this violated plaintiff due process rights.

note: State's Atty Never tendered ERI Photo Array after 3½ yrs.

**FILED**

APR 29 2022 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# Your Property Tax Overview

1:22-CV-01678

OVERVIEW - PAYMENTS

Property Index Number (PIN): 25-12-206-003-0000

BEGIN A NEW SEARCH

Scroll down for more information.



25122060030000 07/29/2007

**Property Location:**
9641 S CHAPPEL AVE
CHICAGO, IL 60617-4764

**Mailing Information:**
C&R MANAGEMENT SERVICE
430 E 162ND ST 367
SO HOLLAND, IL 60473-2258

Update Your Information

## Are Your Taxes Paid?

### Tax Year 2018 (billed in 2019)   Total Amount Billed: $1,508.16

| 1st INSTALLMENT - Tax Year 2018 | | 2nd INSTALLMENT - Tax Year 2018 | |
|---|---|---|---|
| Original Billed Amount: | $891.97 | Original Billed Amount: | $616.19 |
| Due Date: | 03/01/2019 | Due Date: | 08/01/2019 |
| Tax: | $0.00 | Tax: | $616.19 |
| Interest: | $0.00 | Interest: | $0.00 |
| Last Payment Received: | $891.97 | Last Payment Received: | $0.00 |
| Date Received: | 02/26/2019 | Date Received: | |
| Current Amount Due: | $0.00 | Current Amount Due: | $616.19 |

**Total Amount Due:**   $616.19

[ Pay Now ]



Chet Smith
2700 S California
Chicago IL 60608

Legal Mail

U.S. Clerk
219 S Dearborn
Chicago IL 60604