United States District Court



**FILED**
JUL 06 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Chet Smith
    v
Cook County IL.

Case no 22-cv-1678

Motion for appointment of Counsel
and extension to file amended Complaint

Now Comes the plaintiff not as a lawyer but in his own person.

Pursuant to 28 U.S.C. 1915(e)(1) Plaintiff moves for an order appointing Counsel to represent in this Case. In support of this motion, plaintiff States:

1. Plaintiff has reach out to multiply Lawyers to no avail they either don't respond or not interested.

2. Plaintiff is unable to afford Counsel, im a detainee at C.C.J. and been without income for almost 4yrs. Plaintiff paid court fee's with Stimulus Check.

3. Plaintiff has limited access to the law library and limited knowledge of the law. Unfortunately, writing a memoradum of law requires quite a bit of legal research ie. to amend 1983 Complaint.

The defendants are trained in law and has access to unlimited information, that puts the plaintiff at a disadvantage. The Plaintiff has file several grievances in regard to law library at C.C.J., Staff is indifferent to detainee's rights. Plaintiff explained that im a pro se litigant in latest grievanes and was told that I should reconsider being pro se and request appointment of counsel, Supervisor at the Jail use Covid-19 as an excues not to service the detainee's, im able to see the law clerks come to work everyday from my window, before Plaintiff received law library 6-3-22 it was almost a month and a half (1½ month), it has not been an outbreak of Covid-19 since Jan. 2022. The plaintiff is not able to properly back support my claim with case law or any other law without being able to research the law See attached grievance respond and Plaintiff appeal

4. Plaintiff request this Honorable Court to allow appointed counsel to amend 1983 Complaint.

5. Wherefore plaintiff request that the Court appoint Ana Mcnamara a member of the Bar as counsel in this case.

6-24-22     Chet Smith 20180909024
                  2700 S California
                  Chicago IL. 60608

# GRIEVANCE 2022X08186

CHEF SMITH 20180909024

June 10, 2022

Our records indicate you received Law Library Services on 6/3/22. All IIC's are advised to submit a request slip and he or she will be provided Law Library Services accordingly. Please be reminded that IIC's with upcoming court dates have priority.

ALL Library Services are request and delivery. Please complete a request slip including the case and it will be delivered to you.

Recent Social/ Law Library have been canceled and or delayed due to staffing, security and SAFTY reasons. When staffing and security permits this office will make every attempt to schedule Social/ Law Library Services. In a pandemic, safety and survival supersede everything else. Please remember that service adjustments and changes in day to day operations due to Covid-19 are temporary.



**PLEASE BE REMINDED....**if/when you are not satisfied with the CCDOC law library access, service or are in-need of additional resources, you do have assistance and resources available to you via your court appointed Assistant Public Defender or your private attorney—if you are not Pro-Se. If you are Pro-Se and not satisfied with the CCDOC Law Library access, service or are in-need of additional resources, you may choose to re-evaluate your Pro-Se representation status with the court.

Patterson-Dean

**IIC Copy**

# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

MILLER

2022 0193287

**CONTROL NUMBER:** 08186
**INMATE #:** 0193287

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**NAME (Apellido del Preso):** Smith
**INMATE FIRST NAME (Primer Nombre):** Chet
**ID Number (# de Identificación):** 20180909024

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** Code 160 - Law Library

**IMMEDIATE CRW RESPONSE (if applicable):**

**I.I.C. COPY**

**CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services):** IIC Srv (ISA)
**DATE REFERRED:** 06/01/2022

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Please
See
Attached

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Patterson, Dev
**SIGNATURE:** [signed]
**DIV./DEPT.:** IS
**DATE:** 6/10/22

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE (Firma del Preso):** Chet Smith
**DATE RESPONSE WAS RECEIVED:** 6/15/22

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
- (Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 6/16/2022  S.M

Mr. Dean im not sure if you are aware, that its my civil rights to be prose and have access to ~~have access to~~ law library. You're a supervisor and its your duty to make corrections. Excuses aren't acceptable!

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐  No ☒  Denied

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** Original Response Stands

**INMATE SERVICES DIRECTOR/DESIGNEE:** [signed]
**SIGNATURE:** [signed]
**DATE:** 6/21/22

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE (Firma del Preso):** Delv Via COVID19
**DATE APPEAL RESPONSE WAS RECEIVED:** 6/24/22

(FCN-72) (NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

Chet Smith 20180909024
2100 S California
Chicago IL 60608

Legal Mail

U.S. Clerk
219 S. Dearborn
Chicago IL 60604

